IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | 26-cv-06584 |
| Defendant | |

Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

IH-32                                                                          Rev: 2014-1

Status of Earlier Filed Case:

| | | |
|---|---|---|
| _____ | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| _____ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Signature:  _____    Date: _____

Firm:            _____