THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**MELANIE ASH**
Deputy Chief, Affirmative Litigation
mash@law.nyc.gov 212-356-2276

September 9, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 25-cv-08547 (AS);

*Board of Education of the City School District of the City of New York v. United States Department of Education, et al.*, No. 26-cv-06584 (AS)

Dear Judge Subramanian:

I write as counsel to Plaintiff, the Board of Education of the City School District of the City of New York, in the above-captioned actions, *Board of Education v. USDE*, 25-cv-08547 (the "First Action") and *Board of Education v USDE*, 26-cv-06584 (the "Second Action"). It has come to our attention that the September 21, 2026 hearing date scheduled for argument on (1) Plaintiff's second motion to enforce the Court's summary judgment order in the First Action; (2) cross-motions for summary judgment and Defendants' motion to dismiss in the Second Action; and (3) motions for a preliminary injunction in both the First and Second Actions, falls on the Jewish holiday, Yom Kippur.

Accordingly, I write to request that the hearing be adjourned by one day, to September 22, 2026, or to the earliest possible alternative date convenient to the Court, to permit religious observance by members of both our legal team at the Office of the Corporation Counsel and the legal team of Plaintiff Board of Education, who would also like to attend the hearing. Finally, should the Court grant this request, we also ask that the Temporary Restraining Order granted by this Court on August 28, 2026 (First Action, ECF No. 130; Second Action, ECF No. 30) be amended to extend through 11:59 pm on the date of the rescheduled hearing.

I have consulted with Defendants' counsel, Assistant United States Attorney Jeffrey Oestericher, who has consented to Plaintiff's request, with the caveat that he is unavailable for argument on September 23, 2026.

We thank the Court for its consideration of this request.

Respectfully submitted,

Melanie Ash

cc: Jeffrey Oestericher, Esq. (via ECF)

GRANTED (with the Court's apologies for missing the conflict).

The hearing is adjourned until Friday, **September 25, 2026, at 3:00 PM**. The TRO, 25-cv-8547, Dkt. 130; 26-cv-6584, Dkt. 31, is hereby extended to September 25, 2026 at 11:59 PM.

The Clerk of Court is respectfully requested to terminate the motion at ECF. 133 in 25-cv-8547 and the motion at ECF. 37 in 26-cv-6584.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 11, 2026